UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HENRY J. LUGO,                               1:04-cv-05257-OWW-SMS-P

        Plaintiff,                    **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)

vs.

SCHWARZENEGGER,                              **ORDER DISMISSING COMPLAINT/ ACTION**

        Defendant.
_____/

    Henry J. Lugo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 24, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within eleven (11) days.  To date, Plaintiff has not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on Plaintiff on October 31, 2006, as undeliverable.  A notation on the envelope indicated: Return to Sender - Inmate Paroled.  However, Plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  See Local Rule 83-182(f).

1

1  In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed October 24,
8 2006, are ADOPTED in full; and,
9  2.  The Complaint, and therefore this action, is DISMISSED
10 based on Plaintiff's failure to obey the Court's Order of July
11 27, 2006, and pursuant to Local Rule 11-110.
12  3.  The Clerk of Court is DIRECTED to enter judgment in
13 accordance with this Order.

15 IT IS SO ORDERED.

16 **Dated:   December 16, 2006**            /s/ Oliver W. Wanger
   emm0d6                                   UNITED STATES DISTRICT JUDGE

2